UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN SMOLOWITZ, On Behalf )
Of Himself and All Others Similarly Situated, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.
) 03-12613 (RCL)
IBIS TECHNOLOGY CORP., and MARTIN J. )
REID, )
Defendants. )

## JOINT MOTION AND [PROPOSED] ORDER
## TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Ibis Technology Corp. and Martin J. Reid (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiff has represented that he will file an amended complaint in this action. Thus, the parties respectfully request that the following briefing schedule be ordered in this case:

- The consolidated amended complaint shall be due sixty (60) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have sixty (60) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss the consolidated amended complaint, plaintiff shall have sixty (60) days from the receipt of Defendants' motion to file his opposition thereto.

- Following the receipt of plaintiff's opposition, Defendants shall have forty-five (45) days to file a reply brief in support of their motion to dismiss.

Dated: January 28, 2004

| | |
|---|---|
| MARTIN SMOLOWITZ,<br>On Behalf of Himself and All<br>Others Similarly Situated | IBIS TECHNOLOGY CORP. and<br>MARTIN J. REID |
| By his attorneys, | By their attorneys, |
| *Theodore M. Hess-Mahan* /ce<br>Thomas G. Shapiro (BBO#454680)<br>Theodore M. Hess-Mahan (BBO#557109)<br>SHAPIRO HABER & URMY LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 439-3939 | *Brian E. Pastuszenski* /ce<br>Brian E. Pastuszenski (BBO# 391030)<br>Christine S. Chung (BBO #631724)<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110<br>(617) 248-7000 |

Deborah R. Gross
Robert P. Frutkin
LAW OFFICES BERNARD M. GROSS, P.C.
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

Kenneth A. Elan
THE LAW OFFICE OF KENNETH A. ELAN, ESQ.
217 Broadway, Suite 606
New York, NY 10007
(212) 385-2707

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on Jan. 26, 2004.

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

3009543_1