UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN SMOLOWITZ, On Behalf of Himself
and All Others Similarly Situated,

    Plaintiff,

v.

IBIS TECHNOLOGY CORP., and MARTIN J. REID,

    Defendants.

Civil Action No. 03-12613 (RCL)

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF IBIS TECHNOLOGY CORP.

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Ibis Technology Corp., ("Ibis") submits the following corporate disclosure statement:

Ibis hereby states that it does not have a parent corporation. No publicly held corporation owns ten percent or more of Ibis' stock.

Date: January 28, 2004

Respectfully submitted,
IBIS TECHNOLOGY CORP.

By: _____
Brian E. Pastuszenski (BBO#391030)
Christine S. Chung (BBO#631724)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110
(617) 248-7000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _Jan. 28, 2004_

3012133_1