UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARTIN SMOLOWITZ, on Behalf of Himself And All Others Similarly Situated,**     :<br>:<br>Plaintiff,     :<br>:<br>v.     :<br>:<br>**IBIS TECHNOLOGY CORP, and MARTIN J. REID,**     :<br>:<br>Defendants.     : | **CASE NO. 03 cv 12613 RCL** |
| **FRED DEN, on Behalf of Himself And All Others Similarly Situated,**     :<br>:<br>Plaintiff,     :<br>:<br>v.     :<br>:<br>**IBIS TECHNOLOGY CORP, and MARTIN J. REID,**     :<br>:<br>Defendants.     : | **CASE NO. 04 cv 10060 RCL** |
| **JEFFREY WEINSTEIN, on Behalf of Himself And All Others Similarly Situated,**     :<br>:<br>Plaintiff,     :<br>:<br>v.     :<br>:<br>**IBIS TECHNOLOGY CORP, and MARTIN J. REID,**     :<br>:<br>Defendants.     : | **CASE NO. 04 cv 10088 RCL** |

**MOTION OF MARTIN SMOLOWITZ AND GEORGE HARRISON
FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND
<u>FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF COUNSEL</u>**

[Additional captions on the following page]

| | | |
|---|---|---|
| **GEORGE HARRISON, on Behalf of** <br> **Himself And All Others Similarly Situated,** | : <br> : <br> : | **CASE NO. 04 cv 10286 RCL** |
| Plaintiff, <br> v. <br><br> **IBIS TECHNOLOGY CORP,** <br> **and MARTIN J. REID,** <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| **ELEANOR PITZER, on Behalf of** <br> **Herself And All Others Similarly Situated,** | : <br> : <br> : | **CASE NO. 04 cv 10446 RCL** |
| Plaintiff, <br> v. <br><br> **IBIS TECHNOLOGY CORP,** <br> **and MARTIN J. REID,** <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

Martin Smolowitz and George Harrison, upon their Memorandum of Law in Support of the Motion and all prior papers and proceedings herein, hereby move for an Order: (i) consolidating the above-captioned related actions pursuant to Fed. R. Civ. P.42(a) and 15 U.S.C. §78u-4(a)(3)(B)(ii); (ii) appointing Martin Smolowitz and George Harrison as Co-Lead Plaintiffs in this action pursuant to 15 U.S.C. §78u-4(a)(3); and (iii) approving their selection of the Law Offices Bernard M. Gross, P.C. and Wolf Haldenstein Adler Freeman & Herz LLP as Co-Lead Counsel, and Shapiro Haber & Urmy as Liaison Counsel in this litigation pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

A form of proposed Order is submitted herewith.

Dated: Boston, MA
      March 5, 2004

Respectfully submitted,

/s/ Theodore M. Hess-Mahan
Thomas Shapiro BBO #454680
Theodore Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Telephone: 617-439-3939
Fax: 617-439-0134

Deborah R. Gross
Robert P. Frutkin
Law Office Bernard M. Gross
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102
Telephone: 215 561-3600
Fax: 215-561-3000

Gregory Mark Nespole
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016
Telephone: 212 545-4600
Fax: 212 545-4653

Law Offices of Bruce Murphy
265 Lloyds Lane
Vero Beach, Florida 32963
(772) 231-4202

Attorneys for the Proposed Lead Plaintiffs