LAW OFFICES BERNARD M. GROSS, P.C.

## AFFIDAVIT OF

1.    I, *MC FORGUE*, have reviewed the Complaint and have authorized the filing of same;

2.    I did not purchase the common stock of Ibis Technology Corp. at the direction of counsel or in order to participate in any private action arising under this title;

3.    am willing to serve as a class representative and provide testimony at deposition and trial if necessary;

4.    My transaction(s) in Ibis Technology Corp. common stock during the time period from October 2, 2003 through December 12, 2003, inclusive, are set forth below:

| Date | Purchase(s) or Sales(s) | Amount | Price |
|------|-------------------------|--------|-------|
| 12-8-2003 | PURCHASE | 200 SHARES | 16.32 |
| 12-9-2003 | PURCHASE | 160 SHARES | 15.67 |
| 12-12-2003 | SALE | 200 SHARES | 10.41 |
| 12-12-2003 | SALE | 160 SHARES | 10.85 |

5.    During the previous three years, I have or have not been a lead plaintiff in any securities fraud class actions.

6.    I will not accept any payment for serving as a class representative beyond my pro rata share of any recovery, except as ordered or approved by the Court with respect to an award for reasonable costs and expenses (including lost wages).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this *1st* day of *MARCH*, 2004, at *GREELEY, COLORADO*.(city/state)

*MARK G. FORGUE    Mark G Forgue*
PRINT NAME AND SIGN