UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| MARTIN SMOLOWITZ, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION<br>NO. 03-12613 (RCL)** |

_____

(Additional Captions Below)

**MESSRS. SMOLOWITZ, HARRISON, AND FORGUE'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO BE APPOINTED LEAD PLAINTIFFS AND IN RESPONSE TO DEFENDANTS' LIMITED OPPOSITION TO MOVANTS' AMENDED MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFFS, AND APPROVAL OF LEAD PLAINTIFFS' CHOICE OF COUNSEL**

| | |
|---|---|
| FRED DEN, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION<br>NO. 04-10060-(RCL)** |
| JEFFREY WEINSTEIN, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION<br>NO. 04-10088-(RCL)** |
| GEORGE HARRISON, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION<br>NO. 04-10286-(RCL)** |

| | |
|---|---|
| ELEANOR PITZER, On Behalf of Herself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>IBIS TECHNOLOGY CORP, and MARTIN J. REID,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)    **CIVIL ACTION**<br>)    **NO. 04-10446(RCL)**<br>)<br>)<br>)<br>)<br>)<br>) |

Martin Smolowitz, George Harrison, and Mark G. Forgue ("Proposed Lead Plaintiffs" or "Movants") hereby move this Court for leave to file their reply memorandum in further support of their Amended Motion For Consolidation, Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiffs' Choice Of Counsel (*See* Docket Nos. 7 & 8) ("Movants' Application") and in opposition to Defendants' "Limited Opposition" to Movants' Application (*See* Docket No. 9 ).

The parties' counsel have conferred and defendants assent to this motion.

Dated:  April 13, 2004

                                        SHAPIRO HABER & URMY LLP


                                        **/s/Theodore M. Hess-Mahan**
                                        Theodore Hess-Mahan (BBO#557109)
                                        75 State Street
                                        Boston, MA 02109
                                        Tel:  (617) 439-3939
                                        Fax:  (617) 439-0134

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Gregory Mark Nespole
270 Madison Avenue
New York, New York 10016

LAW OFFICES BERNARD M. GROSS, P.C.
Robert Frutkin, Esq.
1515 Locust Street, 2nd Floor
Philadelphia, PA 19102

Attorneys for Movants

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with defendants' counsel who assent to this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan