UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN SMOLOWITZ, on Behalf of Himself : <br> And All Others Similarly Situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> IBIS TECHNOLOGY CORP, : <br> and MARTIN J. REID, : <br> : <br> Defendants. : | CASE NO.  03 cv 12613 RCL |
| FRED DEN, on Behalf of Himself : <br> And All Others Similarly Situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> IBIS TECHNOLOGY CORP, : <br> and MARTIN J. REID, : <br> : <br> Defendants. : | CASE NO.  04 cv 10060 RCL |
| JEFFREY WEINSTEIN, on Behalf of Himself : <br> And All Others Similarly Situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> IBIS TECHNOLOGY CORP, : <br> and MARTIN J. REID, : <br> : <br> Defendants. : | CASE NO.  04 cv 10088 RCL |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

[Additional captions on the following page]

| | |
|---|---|
| **GEORGE HARRISON, on Behalf of** : <br> **Himself And All Others Similarly Situated,** : <br> : <br> **Plaintiff,** : <br> v. : <br> : <br> **IBIS TECHNOLOGY CORP,** : <br> **and MARTIN J. REID,** : <br> : <br> **Defendants.** : | **CASE NO. 04 cv 10286 RCL** |
| **ELEANOR PITZER, on Behalf of** : <br> **Herself And All Others Similarly Situated,** : <br> : <br> **Plaintiff,** : <br> v. : <br> : <br> **IBIS TECHNOLOGY CORP,** : <br> **and MARTIN J. REID,** : <br> : <br> **Defendants.** : | **CASE NO. 04 cv 10446 RCL** |

### **MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Robert P. Frutkin, Law Offices of Bernard M. Gross, P.C., 1515 Locust Street, Second Floor, Philadelphia, Pennsylvania 19102, to appear on behalf of Plaintiffs and practice before this Court in the above-captioned actions.

As grounds for this motion, the undersigned represents the following:

1. Mr. Frutkin was admitted to the bar of the following federal courts as of the dates indicated: The United States District Court for the Eastern District of Pennsylvania (1977); and the United States Courts of Appeals for the Third Circuit (1987), Fourth

Circuit (1996), Fifth Circuit (1995), Seventh Circuit (2001), Eighth Circuit (1996), Ninth Circuit (1988), and Eleventh Circuit (1981).

2. There are no disciplinary proceedings pending against Mr. Frutkin as a member of the bar in any jurisdiction.

3. Mr. Frutkin has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Frutkin has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Frutkin be admitted to practice before this Court *pro hac vice*.

Dated: April 15, 2004             Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs