## **CERTIFICATE OF GOOD STANDING**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Robert P. Frutkin, hereby certify that:

1    I was admitted to the bar of the United States District Court Eastern District of Pennsylvania, on March 9, 1977 and Supreme Court of Pennsylvania on October 10, 1975; U.S. Court of Appeals, 3rd Circuit on August 28, 1987; U.S. Court of Appeals, 4th Circuit on September 26, 1996; U.S. Court of Appeals, 5th Circuit on May 5, 1995; U.S. Court of Appeals, 7th Circuit in the Fall, 2001; U.S. Court of Appeals, 8th Circuit on April 16, 1996; U.S. Court of Appeals, 9th Circuit on July 15, 1988; and U.S. Court of Appeals, 11th Circuit on October 15, 1981

2.    am a member in good standing in every jurisdiction where  have been admitted practice.

3.    No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4.    am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    My name, firm name, street address, telephone number, fax number and email address are as follows:

Robert P. Frutkin, Esquire
Law Offices Bernard M. Gross, P.C.
1515 Locust Street, Second Floor
Philadelphia, PA 19102
215-561-3600
215-561-3000
rpf@bernardmgross.com

_____
ROBERT P. FRUTKIN

Dated: 4/5/04