UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARTIN SMOLOWITZ, on Behalf of Himself And All Others Similarly Situated, | : : : | CASE NO.  03 cv 12613 (RCL) |
| Plaintiff, | : : | |
| v. | : : | |
| IBIS TECHNOLOGY CORP., and MARTIN J. REID, | : : : | |
| Defendants. | : : | |
| FRED DEN, on Behalf of Himself And All Others Similarly Situated, | : : : | CASE NO.  04 cv 10060 (RCL) |
| Plaintiff, | : : | |
| v. | : : | |
| IBIS TECHNOLOGY CORP, and MARTIN J. REID, | : : : | |
| Defendants. | : : | |
| JEFFREY WEINSTEIN, on Behalf of Himself And All Others Similarly Situated, | : : : | CASE NO.  04 cv 10088 (RCL) |
| Plaintiff, | : : | |
| v. | : : | |
| IBIS TECHNOLOGY CORP, and MARTIN J. REID, | : : : | |
| Defendants. | : : | |

| | |
|---|---|
| **GEORGE HARRISON, on Behalf of** : <br> Himself And All Others Similarly Situated, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> **IBIS TECHNOLOGY CORP,** : <br> and **MARTIN J. REID,** : <br> : <br> Defendants. : | **CASE NO. 04 cv10286 (RCL)** |
| **ELEANOR PITZER, on Behalf of** : <br> Herself And All Others Similarly Situated, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> **IBIS TECHNOLOGY CORP,** : <br> and **MARTIN J. REID,** : <br> : <br> Defendants. : | **CASE NO. 04 cv10446 (RCL)** |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Robert P. Frutkin, Esquire, is with the firm of Law Offices Bernard M. Gross, P.C., 1515 Locust Street, 2nd Floor, Philadelphia, Pennsylvania. His telephone number is 215-561-3600 and telecopier number is 215-561-3000. Please update your service lists accordingly.

Dated: May 5, 2004          **/s/Theodore M. Hess-Mahan**
                            Theodore M. Hess-Mahan BBO #557109
                            Shapiro Haber & Urmy LLP
                            Exchange Place
                            53 State Street
                            Boston, MA 02109
                            (617) 439-3939

                            Attorneys for Plaintiffs