**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARTIN SMOLOWITZ, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. ) | **CIVIL ACTION<br>NO. 03-12613 (RCL)** |

<u>(Additional Captions Below)</u>

| | |
|---|---|
| FRED DEN, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION<br>NO. 04-10060-(RCL)** |
| JEFFREY WEINSTEIN, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION<br>NO. 04-10088-(RCL)** |
| GEORGE HARRISON, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. )<br>) | **CIVIL ACTION<br>NO. 04-10286-(RCL)** |

| | |
|---|---|
| ELEANOR PITZER, On Behalf of Herself and All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>)<br>Defendants. )<br>) | **CIVIL ACTION NO. 04-10446(RCL)** |

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

>   Shapiro Haber & Urmy LLP
>   Exchange Place
>   53 State Street
>   Boston, MA 02109

Dated: May 6, 2004

>   /s/ Theodore Hess-Mahan
>   Thomas G. Shapiro BBO # 454680
>   Theodore M. Hess-Mahan BBO # 557109
>   Shapiro Haber & Urmy LLP
>   53 State Street
>   Boston, MA 02108
>   (617) 439-3939